# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

142540

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AQUATIC MANAGEMENT SERVICES,
INC. and WILLIAM KRAUS,
        Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY, STEVEN CHESTER, RICHARD
HOBRLA, and LAURA ESMAN,
        Defendants-Appellees.

SC: 142540
COA: 292365
Court of Claims: 07-000111-MK

_____/

     On order of the Court, the application for leave to appeal the December 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

p0516